Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles and Riverside criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 7 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>V.<br>Joshua Daniel Zoltan<br>USMS# ________ DEFENDANT | CASE NUMBER: 8:26-mj-00004-DUTY<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 1/6/2026 1505 ☐ AM ☑ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:

   Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii) (Possession with Intent to Distribute Methamph
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ________
7. Year of Birth: 1989
8. Defendant has retained counsel: ☒ No

   ☐ Yes Name: ________ Phone Number: ________
9. Name of Pretrial Services Officer notified: On Duty Officer
10. Remarks (if any): ________
11. Name: Hunter Richardson (please print)
12. Office Phone Number: 714-719-9863
13. Agency: FBI
14. Signature: *Hunter Richardson*
15. Date: 1/6/2026