FILED
CLERK, U.S. DISTRICT COURT
02/04/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2025 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA DANIEL ZOLTAN,

Defendant.

No. 8:26-cr-00014-JWH

I N D I C T M E N T

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii), (b)(1)(B)(vi): Possession with Intent to Distribute Methamphetamine and Fentanyl; 21 U.S.C. § 853: Criminal Forfeiture]

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)]

On or about October 6, 2023, in Orange County, within the Central District of California, defendant JOSHUA DANIEL ZOLTAN knowingly and intentionally possessed with intent to distribute at least 5 grams, that is, approximately 25.4 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)]

On or about July 8, 2024, in Orange County, within the Central District of California, defendant JOSHUA DANIEL ZOLTAN knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 190.6 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)]

On or about July 8, 2024, in Orange County, within the Central District of California, defendant JOSHUA DANIEL ZOLTAN knowingly and intentionally possessed with intent to distribute at least 40 grams, that is, approximately 47.14 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)]

On or about October 21, 2024, in Orange County, within the Central District of California, defendant JOSHUA DANIEL ZOLTAN knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 155.7 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)]

On or about October 14, 2025, in Orange County, within the Central District of California, defendant JOSHUA DANIEL ZOLTAN knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 186.9 grams, of methamphetamine, a Schedule II controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of the defendant's conviction of any of the offenses set forth in Counts One through Five of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from such offense;

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense; and

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

//

//

in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

for

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

MARK P. TAKLA
Assistant United States Attorney
Chief, Orange County Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Orange County
Office

ERIN C. KISS
Assistant United States Attorney
Riverside Office